165 So.2d 483

**Sally RADOSTA, Widow of Peter Radosta,**

**v.**

**The PRUDENTIAL INSURANCE COMPANY OF AMERICA.**

**No. 47337.**

June 30, 1964.

In re: Sally Radosta, widow of Peter Radosta, applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 163 So.2d 177.

Writ refused. On the facts found by the Court of Appeal, the result is correct.

165 So.2d 484

**STATE of Louisiana**

**v.**

**Gladys JORDAN.**

**No. 47339.**

June 30, 1964.

In re: Gladys Jordan applying for writs of certiorari, mandamus, prohibition and a stay order.

The application is denied. There appears no error in the rulings complained of.